UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA L. DONOVAN,

               Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 10824 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 27, 2022, the Commissioner filed a Certified Administration Record (ECF No. 20) that is unrelated to this action. Accordingly, the Clerk of Court is respectfully directed to strike ECF No. 20 from the docket.

Dated:     New York, New York
            September 7, 2022

                                                          SO ORDERED.

                                                            SARAH L. CAVE
                                                            **United States Magistrate Judge**